DOUGLASS *v.* LONGCOR.

DEEDS — SUIT TO ANNUL — UNDUE INFLUENCE — DELIVERY — EVI-
DENCE—APPEAL.

Where, on a bill to annul certain deeds on the ground of undue
influence, failure to understand them, and lack of delivery,
complainant's testimony is freer from bitterness than that of
defendant's brothers and sisters, and the circumstances shown
lead to its credit, a decree for complainant will be affirmed,
though defendant and two other witnesses testify to deliv-
ery of the deeds, and complainant fails to show ignorance of
their purport.

Appeal from Van Buren; Carr, J.   Submitted October
7, 1904.   (Docket No. 46.)   Decided October 18, 1904.

Bill by Celina L. Douglass against Mary E. Longcor to
annul certain deeds.   From a decree for complainant,
defendant appeals.   Affirmed.

*Barnard & Lewis,* for complainant.

*David Anderson,* for defendant.

HOOKER, J.   This complainant, a woman past 87 years
of age, filed the bill in this cause to annul certain deeds,
which purport to convey from herself to the defendant
lands which she received from her husband, upon which
they lived many years.   It is claimed that she was in-
duced to make them by undue influence, and without un-
derstanding them, and that she never delivered them, and
that they were taken and put on record without her con-
sent.   From a decree in favor of the complainant, the de-
fendant has appealed.

The testimony is conflicting, and in such cases absolute
certainty of justice is out of the question.   The testimony
of the complainant seems more free from bitterness than
that of defendant's brothers and sisters, and there are

circumstances shown which lead us to credit it, though denied by the defendant and two other witnesses in relation to the circumstance of delivery. We therefore concur in the view taken by the circuit judge to the extent of holding that the deeds were obtained through undue influence, and were never delivered. We cannot be so sure that the complainant was ignorant of their purport.

The decree is affirmed, with costs.

The other Justices concurred.